P.T.P., INC., Appellant, *v.* JOHN J. CASEY, MYRTLE CASEY, DONALD B. HUNT, CAL WORTHINGTON, AND BARBARA WORTHINGTON, Respondents.

No. 5800

October 20, 1969                    459 P.2d 770

*Peter Echeverria* and *E. A. Hollingsworth,* of Reno, for Appellant.

*Vargas, Bartlett & Dixon* and *Norman R. Schou,* of Reno, for Respondents John J. Casey and Myrtle Casey.

*Stewart & Horton* and *Willard Van Hazel, Jr.,* of Reno, for Respondents Donald B. Hunt, Cal Worthington, and Barbara Worthington.

**OPINION**

*Per Curiam:*

This action was commenced on May 11, 1962. On April 7, 1967, counsel stipulated that the time within which the action could be brought to trial was extended to November 11, 1967. The case was not brought on for trial by that date. On September 17, 1968, the district court granted defendants' (respondents') motion to dismiss. It is sought to reverse that ruling on the basis of a recently enacted statute, NRS 14.150, which

provides that a mandatory dismissal for failure to prosecute shall not occur until the lapse of seven years.

We have recently rejected that contention. Lindauer v. Allen, 85 Nev. 430, 456 P.2d 851 (1969); Volpert v. Papagna, 85 Nev. 437, 456 P.2d 848 (1969). And now once more we reaffirm those decisions and affirm the district court's ruling in this case.